IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HARRIET BLAND, AS PARENT AND NEXT
FRIEND OF JEREMY BLAND, A MINOR                PLAINTIFF

VS.                    NO. 4:07CV00844 JMM

JOHN SELIG, IN HIS OFFICIAL CAPACITY
AS DIRECTOR OF THE ARKANSAS
DEPARTMENT OF HUMAN SERVICES, AND
ARKANSAS FOUNDATION FOR MEDICAL
CARE, INC.                                    DEFENDANTS

## ORDER

Pending are Defendants' motions to dismiss. (Docket # 9 and 12). On this date, the Court granted Plaintiff's motion to file an amended complaint which more clearly sets out Plaintiff's claims and withdraws certain claims made in her original complaint. Accordingly, the Court denies Defendants' motions to dismiss without prejudice to renew in the event the amended complaint does not address all issues raised therein.

IT IS SO ORDERED this 26th day of October, 2007.

James M. Moody
United States District Judge