IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HARRIET BLAND, AS PARENT AND NEXT
FRIEND OF JEREMY BLAND, A MINOR                    PLAINTIFF

VS.                      NO. 4:07CV00844 JMM

JOHN SELIG, IN HIS OFFICIAL CAPACITY
AS DIRECTOR OF THE ARKANSAS
DEPARTMENT OF HUMAN SERVICES, AND
ARKANSAS FOUNDATION FOR MEDICAL
CARE, INC.                                          DEFENDANTS

## JUDGMENT

Pursuant to the Order entered on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, dismissed.

IT IS SO ORDERED this 21st day of July, 2008.

_____
James M. Moody
United States District Court